UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORWEST BANK WISCONSIN
NATIONAL ASSOCIATION,
as Trustee,

    Plaintiff,

v.

THE MALACHI CORPORATION, INC.,

    Defendant.
_____/

Case No. 99-40146

HONORABLE STEPHEN J. MURPHY, III

**ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO
RETAIN ZOLTON LAW OFFICES AS SPECIAL COUNSEL AND FOR
ASSIGNMENT TO RECEIVER OF JUDGMENT IN FAVOR OF THE ESTATE OF
LUELLA VAN SNEPSON AND PROCEEDS OF THE JUDGMENT** (docket no. 703)

Yeo & Yeo, PC, Receiver, having filed a Motion for Authority to Retain Zolton Law Offices as Special Counsel; and for Assignment of a Judgment in Favor of the Estate of Luella Van Snepson, and Proceeds of the Judgment, to the Receiver (docket no. 703); and the Court being advised in the premises,

**IT IS HEREBY ORDERED** that the motion (docket no. 703) is **GRANTED**, and the Court orders the following:

    A.    The Receiver is authorized to retain Zolton Law Offices as Special Counsel to pursue collection on its behalf on a Judgment obtained in the Bay County, Michigan, Circuit Court, Case No. 05-3000-CK-C, and to compensate Zolton Law Offices for such services as special counsel by payment of a contingent

1

fee of 20% of all amounts collected on the Judgment, plus reimbursement of Zolton Law Offices for Court costs, witness fees, investigation or other expenses paid by Zolton Law Offices. Contingent fees, and costs and expenses, may be deducted by Zolton Law Offices from fees collected prior to transmittal of the net proceeds collected to the Receiver, without further order of the Court.

B. The net proceeds received by the Receiver shall be shown on the monthly Reports filed by the Receiver.

C. Thomas Johnson, President of the former Receiver, HealthLink Services, LLC, and HealthLink Services, LLC, shall take such action as may be reasonably requested by the Receiver to distribute and assign the Judgment obtained in the action of *Estate of Luella VanSnepson v. Louanne M. Sabourin, et al*, Bay County, Michigan, Circuit Court Case No. 05-3000-CK-C, to the current Receiver, substitute the current Receiver as the Judgment Creditor, and terminate any purported involvement on behalf of any Receiver of the Bay Shores Nursing Care Center in the probate proceedings in the Estate of Luella Van Snepson in the Bay County, Michigan, Probate Court, File No. 04-44657-DE.

**SO ORDERED.**

                                  s/Stephen J. Murphy, III
                                  STEPHEN J. MURPHY, III
                                  United States District Judge

Dated: April 28, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2010, by electronic and/or ordinary mail.

                              s/Alissa Greer
                              Case Manager